■ Luis Santiago, Appellant-Respondent, v Port Authority of New York and New Jersey et al., Respondents-Appellants.—Order and judgment, Supreme Court, New York County (Edward Lehner, J.), entered on February 24, 1988 and June 22, 1988, respectively, unanimously affirmed, without costs and without disbursements. The order of this court entered herein on February 9, 1989 [147 AD2d 994] is hereby vacated. No opinion. Concur—Murphy, P. J., Carro, Milonas and Ellerin, JJ.

■ The People of the State of New York, Respondent, v Dee Lloyd, Appellant.—Judgment, Supreme Court, New York County (Edwin Torres, J.), rendered on September 10, 1986, unanimously affirmed. Motion by appellant to file a supplemental brief and for other relief denied in all respects. No opinion. Concur—Carro, J. P., Milonas, Wallach and Smith, JJ.

■ The People of the State of New York, Respondent, v Tyrone Johnson, Appellant.—Judgment, Supreme Court, New York County (Edwin Torres, J.), rendered on September 17, 1986, unanimously affirmed. Motion by appellant to incorporate certain points contained in the brief of codefendant Dee Lloyd is granted. No opinion. Concur—Carro, J. P., Milonas, Wallach and Smith, JJ.